# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1454**

**KA 13-01213**

PRESENT: CENTRA, J.P., FAHEY, LINDLEY, SCONIERS, AND WHALEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                              MEMORANDUM AND ORDER

KEVIN M. MINEMIER, DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

---

EASTON THOMPSON KASPEREK SHIFFRIN, LLP, ROCHESTER (DONALD M. THOMPSON OF COUNSEL), FOR DEFENDANT-APPELLANT.

SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (LEAH R. MERVINE OF COUNSEL), FOR RESPONDENT.

-----------------------------------------------------------------------------------------------------

Appeal from an amended sentence of the Monroe County Court (Victoria M. Argento, J.), rendered March 14, 2013. The amended sentence directed defendant to pay restitution in the amount of $34,501.08.

It is hereby ORDERED that said appeal is unanimously dismissed.

Same Memorandum as in *People v Minemier* ([appeal No. 1] ___ AD3d ___ [Jan. 2, 2015]).

Entered: January 2, 2015                    Frances E. Cafarell
                                            Clerk of the Court